PATRICIA S. WALDECK (SBN 82820)
**LAW OFFICES OF PATRICIA S. WALDECK**
pswaldeck@cs.com
3699 Wilshire Blvd, Suite 1200
Los Angeles, CA 90010
Telephone: (908) 892-5655

Attorney for Plaintiff and Counter-Defendant,
DAVID H. JONES

JAMES N. KNIGHT (SBN 219651)
**LAW OFFICES OF JAMES N. KNIGHT**
james@jnk-law.com
100 Pacifica, Suite 370
Irvine, CA 92618
Telephone: (949) 502-6699
Facsimile: (949) 743-1008

Attorney for Defendant and Counterclaimant,
ARROW RECYCLING SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. JONES, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARROW RECYCLING SOLUTIONS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: CV 17-3139-GW(RAOx)<br><br>Judge:　　　　Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ARROW RECYCLING SOLUTIONS, INC., a California corporation,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>DAVID H. JONES, an individual, and ROES 1-10, inclusive<br><br>　　　　　Counter-Defendant. | |

This matter having come before the court on the parties' Stipulation for Order of Dismissal with Prejudice, and after considering the matter and reviewing all submissions:

**THE COURT ADOPTS** the parties' Stipulation for Order of Dismissal; and

**NOW THEREFORE**, based on the foregoing, **IT IS ORDERED** that:

1. The court dismisses with prejudice the Complaint and Counter-Claim in this action;
2. Dismissal of this action is predicated upon the parties' compliance with the Settlement Agreement and Mutual Special Release entered into by the parties.
3. The court retains jurisdiction to enforce, if necessary, the terms of the Settlement Agreement and Mutual Special Release; and
4. Each party is to bear its own attorney's fees and costs.

DATED: July 17, 2018

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE